UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD JOHNSON and JOAN JOHNSON, <br><br> Plaintiffs, <br><br> vs. <br><br> CONNECTICUT GENERAL LIFE INSURANCE COMPANY, CIGNA HEALTHCARE, WELFARE FUND OF LOCAL 274 a/k/a LOCAL UNION 274, JOHN DOES 1-10 (fictitious persons) and ABC CORPS. 1-10 (fictitious entities). <br><br> Defendants. | *Document Filed Electronically* <br><br> No. 3:10-cv-02375-JAP-LHG <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> **RECEIVED** <br><br> **OCT 2 8 2010** <br><br> AT 8:30_____ M <br> WILLIAM T. WALSH <br> CLERK |

All claims in the above matter having been amicably resolved by and between the parties, the Complaint in the matter is hereby dismissed in its entirety, including any cross-claims, counterclaims, and third-party claims, with prejudice and without cost or fees to any party.

**STIPULATED AND AGREED TO BY:**

Joseph G. LePore, Esq.
**LEPORE & LUIZZI**
489 Aurora Place
Brick, New Jersey 08723
*Attorney for Plaintiffs*
*Richard and Joan Johnson*

E. Evans Wohlforth, Jr., Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
*Attorneys for Defendant*
*Connecticut General Life Ins. Co. and*
*CIGNA Healthcare*

*[signature]*

Timothy R. Hott, Esq.
**LAW OFFICE OF TIMOTHY R. HOTT PC**
591 Summit Avenue
Jersey City, New Jersey 07306
*Attorneys for Defendant*
*Welfare Fund of Local 274 a/k/a Local Union No. 274*

SO ORDERED: *[signature]*

Honorable Joel A. Pisano
United States District Judge